UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| In the Matter of the Tax Indebtedness of DEAN R. COOK. | Case No. 4:11-CV-00052-BLW<br><br>**ORDER APPROVING LEVY ON PRINCIPAL RESIDENCE** |

This matter having come before the undersigned upon the Petition of the United States and accompanying Declaration, and the Court having issued a Notice and Order to Show Cause which was properly served upon Dean R. Cook, and written objections having been filed or required to have been filed within 25 days of service of the Notice and Order to Show Cause as directed therein, upon consideration of the Court,

IT IS HEREBY ORDERED THAT, pursuant to Internal Revenue Code section 6334, the Court GRANTS the Petition For Judicial Approval of Levy Upon Principal Residence (Dkt. 1). The Internal Revenue Service may levy upon Dean R. Cook's interest in the property located at 730 E. 16th St., Idaho Falls, ID 83404, to satisfy part or all of the unpaid federal income tax liabilities for tax years 1999, 2000, 2001, 2005, 2006, and

2008, which may be executed by any authorized officer of the Internal Revenue Service.

DATED:  **August 22, 2011**

_____
B. LYNN WINMILL
Chief U.S. District Court Judge